**NOT FOR PUBLICATION**



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADAN DE JESUS MUNOZ-HENRIQUEZ,<br><br>              Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, Jr., Attorney General,<br><br>              Respondent. | No. 10-71822<br><br>Agency No. A089-860-012<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 12, 2014[**]

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Adan de Jesus Munoz-Henriquez, a native and citizen of El Salvador,

petitions for review of the Board of Immigration Appeals' ("BIA") order

dismissing his appeal from an immigration judge's ("IJ") decision denying his

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

application for withholding of removal.  We have jurisdiction under

8 U.S.C. § 1252.  We grant the petition for review and remand.

In denying Munoz-Henriquez's withholding of removal claim, the BIA

found Munoz-Henriquez failed to articulate a cognizable particular social group.

When the IJ and BIA issued their decisions in this case they did not have the

benefit of either this court's decisions in *Henriquez-Rivas v. Holder*, 707 F.3d 1081

(9th Cir. 2013) (en banc), and *Cordoba v. Holder*, 726 F.3d 1106 (9th Cir. 2013),

or the BIA's decisions in *Matter of M-E-V-G-*, 26 I. & N. Dec. 227 (BIA 2014),

and *Matter of W-G-R-*, 26 I. & N. Dec. 208 (BIA 2014).  In light of these

intervening decisions, we grant Munoz-Henriquez's petition for review and remand

for further proceedings consistent with this disposition. *See INS v. Ventura*, 537

U.S. 12, 16-18 (2002) (per curiam).

**PETITION FOR REVIEW GRANTED; REMANDED.**